UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  **CV 21-4960-MWF (PLAx)**              Date:  **July 7, 2021**
Title:       Federal National Mortgage Association et al v. Real Time Resolutions,
              Inc. et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

          Deputy Clerk:                          Court Reporter:
          Rita Sanchez                           Not Reported

          Attorneys Present for Plaintiff:       Attorneys Present for Defendant:
          John E. Peer, Ira D. Goldberg          None Present

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE:
                                 PRELIMINARY INJUNCTION

        Plaintiff Federal National Mortgage Association initiated this action on June
17, 2021, asserting the following claims against Defendants Real Time
Resolutions, Inc. ("Real Time"), and ZBS Law, LLP: (1) declaratory relief; (2)
quiet title; (3) equitable subrogation to impress equitable lien; and (4) injunctive
relief. (*See generally* Complaint (Docket No. 1)).

        Plaintiff filed an Ex Parte Application for Temporary Restraining Order (the
"Application") on June 18, 2021, seeking to halt Defendants' foreclosure on real
property located at 12216 Everest St Norwalk, California 90650 (the "Property").
(Docket No. 4).  At the time the Application was filed, the foreclosure was
scheduled to take place on June 22, 2021. (*Id.*).  The Court is now informed that
the foreclosure was delayed until July 22, 2021.

        The Court **ORDERS** Plaintiff to file a Proof of Service on or before **July 13,
2021**, demonstrating that Defendants have been properly served with the
Summons, Complaint, Application, and this Order to Show Cause.  Failure to file a
proof of service will result in denial of the Application.

        The Court **ORDERS** Defendants to show cause why the Application should
not be granted.  In response to this Order to Show Cause, the Court will accept
Defendants' opposition to the Application no later than **July 19, 2021**.

| Case No. | **CV 21-4960-MWF (PLAx)** | Date: | **July 7, 2021** |
|---|---|---|---|
| Title: | Federal National Mortgage Association et al v. Real Time Resolutions, Inc. et al. | | |

Provided that Defendants are properly served by July 13, 2021, Defendants' failure to respond to the Order to Show Cause on or before July 19, 2021, will result in the issuance of a Temporary Restraining Order halting the foreclosure on the Property scheduled for July 22, 2021.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.