UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4960 MWF (PLAx)**                                            Date:  September 17, 2021

Title   **Federal National Mortgage Association, et al. v. Real Time Resolutions, Inc., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   A review of the docket in this action reflects that the Complaint was filed on June 17, 2021.  (Docket No. 1).  On July 13, 2021, Plaintiff filed Proofs of Service ("POS") of the Summons and Complaint on Defendants Real Time Resolutions, Inc. ("Real Time") and ZBS Law, LLP ("ZBS"), reflecting service on June 28 and 29, 2021.  (Docket Nos. 13 and 14).  On August 12, 2021, Plaintiff and Defendants Real Time and ZBS filed a Stipulation extending the time for Defendants to respond to the Complaint to September 14, 2021.  (Docket No. 16).

   The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 1, 2021**.

- ■ BY DEFENDANTS:  RESPONSES TO THE COMPLAINT.  The parties may also file an appropriate stipulation and proposed Order to further extend the time within which Defendants must respond to the Complaint.

   OR

- ■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4960 MWF (PLAx)**                                      Date:  September 17, 2021

Title         **Federal National Mortgage Association, et al. v. Real Time Resolutions, Inc., et al.**

  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **October 1, 2021** will result in the dismissal of this action.

  IT IS SO ORDERED.

                   Initials of Preparer:  RS/sjm